**Jason K. Singleton, State Bar #166170**
jason@singletonlawgroup.com
**Richard E. Grabowski, State Bar # 236207**
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, RONALD S. WILSON**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>THRIFTY PAYLESS, INC., a California corporation, RITE AID CORPORATION, a Delaware corporation, dba RITE AID PHARMACY #6064, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:08-CV-2820 LKK KJM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiff RONALD S. WILSON and Defendants THRIFTY PAYLESS, INC., RITE AID CORPORATION, dba RITE AID PHARMACY #6064 (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: March 11, 2009      /s/ Jason K. Singleton
                            Jason K. Singleton,
                            Attorneys for Plaintiff, **RONALD S. WILSON**

PDF created with pdfFactory trial version www.pdffactory.com

**KELLY, HOCKEL & KLEIN PC**

Dated: March 5, 2009 /s/ Eileen M. Rice
Eileen M. Rice, Attorney for Defendants
**THRIFTY PAYLESS, INC., RITE AID CORPORATION, dba RITE AID PHARMACY #6064**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>WILSON v THRIFTY PAYLESS, et al.</u>, Case Number 2:08-CV-2820 LKK KJM, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: March 13, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com